# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al.,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>            Defendants. | Case No.  1:20-cv-00608-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE NOTICE OF STATUS OF SERVICE<br><br>THREE DAY DEADLINE |

This action was filed on April 28, 2020.  On April 29, 2020, a scheduling order issued setting the mandatory scheduling conference for July 28, 2020.  As of this date, Plaintiffs have not filed proof of service of the summons and complaint.  See ECF No. 5-1 at 2.

Accordingly, IT IS HEREBY ORDERED that, within three (3) days of the date of entry of this order, Plaintiffs shall file notice of the status of service on the defendants in this action. Plaintiffs are advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 22, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1