1

2

3

4

5

6

7

8  # UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  FAYEDA ABDULLAH ALAWI, et al.,

Plaintiffs,

12  v.

13  U.S. CITIZENSHIP AND IMMIGRATION

14  SERVICES (USCIS), et al.,

15  Defendants.

Case No. 1:20-cv-00608-NONE-SAB

ORDER REQUIRING PLAINTIFFS TO
FILE AN OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME ON
OR BEFORE JULY 27, 2020

(ECF No. 14)

16

17    On April 8, 2020, Plaintiffs filed this action seeking declaratory relief, injunctive relief,

18  and a writ of mandamus, pertaining to a claim of wrongful revocation of a certificate of

19  citizenship.  (ECF Nos. 1, 2.)  On June 25, 2020, the Court continued the mandatory scheduling

20  conference in this matter until November 17, 2020.  (ECF No. 10.)

21    On July 17, 2020, Defendants the filed a motion for an extension of twenty-eight (28)

22  days to file a responsive pleading claiming that because the United States Citizenship and

23  Immigration Services (USCIS) has reopened the relevant proceedings underlying this action,

24  there is now no final administrative order.  (ECF No. 14.)  The filing indicates that counsel for

25  Plaintiffs have notified Defendants of their opposition to the motion for an extension.  (Id.)

26  ///

27  ///

28  ///

1

1      Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file an opposition to

2   Defendants' motion for an extension of time on or before July 27, 2020.

3

4   IT IS SO ORDERED.

5   Dated:   **July 20, 2020**

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2