IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, ET. AL. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. 1:20-cv-608-NONE-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME <br><br> (ECF No. 18) |

On July 28, 2020, an order issued granting the United States' ("Defendant") unopposed motion for an extension of time to respond to the complaint. (ECF No. 17.) On August 28, 2020, a stipulation was filed for a second extension of time for an additional week to respond to the complaint. (ECF No. 18.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the United States shall file a responsive pleading on or before September 4, 2020.

IT IS SO ORDERED.

Dated:  **August 31, 2020**

UNITED STATES MAGISTRATE JUDGE

1

| | | |
|---|---|---|
| Dated: August 28, 2020 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ AUDREY B. HEMESATH<br>AUDREY B. HEMESATH<br>Assistant United States Attorney |
| | | /s/ JULIE GOLDBERG<br>JULIE GOLDBERG<br>Attorney for Plaintiffs |

[PROPOSED] ORDER

It is so ordered.

Date: _____
Hon. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

2