JULIE A. GOLDBERG, ESQ.
GOLDBERG & ASSOCIATES, P.C.
5586 Broadway, Third Floor
Bronx, New York 10463
Tel.: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | NO.  1:20-cv-608 NONE SAB<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME |

Plaintiffs requests an additional 30 days, until October 21, 2020, to file a response to Motion to Dismiss, and defendants do not oppose this request.  The parties therefore stipulate that the deadline to file a response to Defendants' Motion be extended to October 21, 2020, Defendants' reply to response be extended to November 6, 2020 and the hearing be adjourned to November 13, 2020.

Dated: September 21, 2020

By:    s/Julie Goldberg
       Julie Goldberg
       Attorney for Plaintiff

       s/Audrey B. Hemesath
       Audrey B. Hemesath
       Assistant United States Attorney

1

ORDER

The above stipulation is adopted insofar as it continues to October 21, 2020 the deadline for the filing of any response to defendants' motion to dismiss (Doc. No. 20) and continues to November 6, 2020 the deadline for defendants to file a reply.  However, the parties are reminded that pursuant to the standing order re judicial emergency (Doc. No. 5-1), upon the expiration of the reply date the matter will be taken under submission on the papers.  The hearing on the motion to dismiss is therefore VACATED.

IT IS SO ORDERED.

Dated:   **September 21, 2020**

UNITED STATES DISTRICT JUDGE