JULIE A. GOLDBERG, ESQ.
GOLDBERG & ASSOCIATES, P.C.
5586 Broadway, Third Floor
Bronx, New York 10463
Tel.: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>　　　　　　　Defendants. | No. 1:20-cv-00608 NONE SAB<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME<br><br>(Doc. No. 23) |

Plaintiffs requests an additional 28 days, until November 19, 2020, to file a response to Defendants' Motion to Dismiss, and Defendants do not oppose this request. The parties therefore stipulate that the deadline for Plaintiffs to file a response to Defendants' Motion to Dismiss be extended to November 18, 2020, Defendants' Reply be extended to December 2, 2020 and the hearing be adjourned to December 16, 2020, or a date that is convenient to the Court.

Dated: October 15, 2020

By:　　　　　　　　　　　　　　　　s/Julie Goldberg
　　　　　　　　　　　　　　　　　Julie Goldberg
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　s/Audrey B. Hemesath
　　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

The above stipulation is adopted insofar as it continues to November 18, 2020 the deadline for the filing of any response to defendants' motion to dismiss (Doc. No. 20) and continues to December 2, 2020 the deadline for defendants to file a reply.  However, the parties are reminded that pursuant to the standing order re judicial emergency (Doc. No. 5-1), upon the expiration of the reply date the matter will be taken under submission on the papers.  The hearing on the motion to dismiss is therefore VACATED.

IT IS SO ORDERED.

Dated:   **October 19, 2020**            _____
                                         UNITED STATES DISTRICT JUDGE