# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al., | Case No. 1:20-cv-00608-NONE-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), | (ECF No. 27) |
| Defendant. | |

On April 28, 2020, Fayeda Abdullah Alawi, Qasem Salah Ali Saleh, and Gamilah Salah Ali Saleh ("Plaintiffs") filed this action seeking declaratory and injunctive relief and a writ of mandamus. On September 4, 2020, Kenneth T. Cuccinelli, Lynn Q. Feldman, National Visa Center, Monica Toro, U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Homeland Security, U.S. Department of State, and U.S. Embassy- Djibouti ("Defendants") filed a motion to dismiss. (ECF No. 20.) Several stipulations have been filed and granted extending the time for Plaintiffs to respond to the motion to dismiss. (ECF Nos. 22, 24.) On November 18, 2020, the parties filed third stipulation extending time for Plaintiffs to respond to the motion to dismiss. (ECF No. 27.)

///

///

///

1

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's response to the motion to dismiss shall be filed on or before **November 23, 2020**; and

2. Defendants' reply, if any, shall be filed on or before **December 7, 2020**.

IT IS SO ORDERED.

Dated:   **November 18, 2020**

UNITED STATES MAGISTRATE JUDGE