# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. 1:20-cv-00608-NONE-SAB <br><br> ORDER REQUIRING DEFENDANTS TO FILE STATEMENT INDICATING WHETHER THEY INTEND TO OPPOSE PLAINTIFFS' REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT <br><br> (ECF No. 36) <br><br> THREE DAY DEADLINE |

Plaintiffs filed this action on April 28, 2020. (ECF No. 1.) No scheduling order has issued, and a motion to dismiss filed on September 4, 2020, is currently pending. (ECF No. 20.) Given Plaintiffs' indication they may seek leave to file an amended complaint, on March 16, 2021, District Judge Dale A. Drozd ordered Plaintiffs to file a status report on or before May 14, 2021, stating whether they intend to seek leave to amend. (ECF No. 35.) On May 14, 2021, Plaintiffs filed a status report proffering they were thereby seeking leave to amend, requesting forty-five (45) days to amend, and additionally proffering the parties may alternatively file a notice of settlement within the same forty-five (45) day period. (ECF No. 36.) The filing does not indicate whether Defendants oppose Plaintiffs' proposed amendment, and therefore the Court shall order Defendants to file a statement indicating whether they would oppose the Court granting leave to file an amended complaint. If Defendants file a statement indicating they will

oppose amendment, the Court may then order Plaintiffs to file a formal motion requesting leave to amend, and allow Defendants additional time to file a formal opposition.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a statement indicating whether they oppose Plaintiff's request for leave to amend, within **three (3)** days of entry of this order.

IT IS SO ORDERED.

Dated: __**May 17, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE