# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00608-NONE-SAB<br><br>ORDER VACATING AUGUST 4, 2021 HEARING<br><br>(ECF No. 40) |

Plaintiffs' motion to file an amended complaint is currently set for hearing on August 4, 2021, before the undersigned in Courtroom 9. (ECF No. 40.) Having considered the moving, opposition and reply papers, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set for August 4, 2021, will be vacated and the parties will not be required to appear at that time.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to amend set for August 4, 2021, at 10:00 a.m. in Courtroom 9 is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **July 29, 2021**

                                              UNITED STATES MAGISTRATE JUDGE