# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYEDA ABDULLAH ALAWI, et al., | Case No. 1:20-cv-00608-NONE-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al., | (ECF Nos. 47, 48) |
| Defendants. | |

On August 12, 2021, the Court granted Plaintiffs' motion for leave to file a first amended complaint and ordered the amended complaint to be filed within five (5) days of entry of the order. (ECF No. 47.) On August 17, 2021, Plaintiffs filed a stipulation to extend the deadline to file the amended complaint by seven (7) days due to an emergency. (ECF No. 48.)

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall a first amended complaint on or before August 24, 2021.

IT IS SO ORDERED.

Dated: **August 18, 2021**

UNITED STATES MAGISTRATE JUDGE

1